1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,         Case No.  **21-cr-02816-TWR**

12          Plaintiff,

13                                     I N F O R M A T I O N

14          v.                         Count 1: 18 U.S.C. § 113(a)(6):
                                       Assault Resulting in Serious
15                                     Bodily Injury (Felony); 49 U.S.C.
                                       § 46506: Application of Certain
                                       Criminal Laws to Acts on Aircraft
16   VYVIANNA QUINONEZ,
                                       Count 2: 49 U.S.C. § 46504:
17          Defendant.                 Interference with Flight Crew
                                       Members and Attendants (Felony);
18                                     49 U.S.C. § 46501: Special
                                       Aircraft Jurisdiction of the
19                                     United States

20

21        The Acting United States Attorney charges:

22                              Count 1

23        On or about May 23, 2021, within the special aircraft jurisdiction

24   of the United States, namely, Southwest Airlines Flight 700, in flight,

25   traveling  from  Sacramento  International  Airport  to  San  Diego

26   International  Airport,  and  within  the  jurisdiction  of  the  Southern

27   District of California, defendant VYVIANNA M. QUINONEZ assaulted S.L.

28   causing  S.L.  to  suffer  serious  bodily  injury,  in  violation  of  Title

1  18, United States Code, Section 113(a)(6) and Title 49, United States
2  Code, Section 46506(1).

3  <u>Count 2</u>

4  On May 23, 2021, within the special aircraft jurisdiction of the
5  United States, namely, Southwest Airlines Flight 700, in flight,
6  traveling from Sacramento International Airport to San Diego
7  International Airport, and within the jurisdiction of the Southern
8  District of California, defendant VYVIANNA M. QUINONEZ, by assaulting
9  and intimidating a flight crew member and flight attendant of Southwest
10 Airlines Flight 700, interfered with the performance of the duties of
11 the member and attendant and lessened the ability of the member and
12 attendant to perform those duties, in violation of Title 49, United
13 States Code, Sections 46501 and 46504.

14
15 DATED:  September 20, 2021.

16
17                                RANDY S. GROSSMAN
                                 Acting United States Attorney
18
                                 *Jaclyn Stahl*
19
20                               JACLYN STAHL
                                 MEGAN ROSSI
21                               Assistant U.S. Attorneys

22
23
24
25
26
27
28