RANDY S. GROSSMAN
Acting United States Attorney
JACLYN STAHL
California Bar No. 295467
MEGAN ROSSI
California Bar No. 318643
Assistant United States Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8456
Email: Jaclyn.Stahl@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-2816-TWR |
|---|---|
| Plaintiff, | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION:** |
| v. | (1) FOR *BRADY* EVIDENCE; |
| VYVIANNA M. QUINONEZ, | (2) FOR RULE 16 AND OTHER DISCOVERY; |
| Defendant. | (3) TO PESERVE EVIDENCE; AND |
|  | (4) TO FILE FURTHER MOTONS |
|  | Date: October 28, 2021 |
|  | Time: 2:00 pm |

## I.  STATEMENT OF THE CASE

On September 28, 2021, Defendant waived indictment and an information was filed charging her with assault resulting in serious bodily injury, in violation of 18 U.S.C. § 113(a)(6), and interference with flight crew members and attendants, in violation of 49 U.S.C. § 46504. ECF 16, 17.

//

//

1

## II. RESPONSE TO MOTIONS FOR *BRADY* MATERIAL AND FOR RULE 16 DISCOVERY

The United States provided an update on the status of discovery in its Motion for Reciprocal Discovery. ECF 18 at 1-2. The parties will continue to meet and confer regarding any discovery issues.

The United States recognizes and acknowledges its obligation pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), the Jencks Act, and Rules 12 and 16 of the Federal Rules of Criminal Procedure. The United States will continue to comply with its discovery obligations going forward. As to exculpatory information, the United States is aware of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972), and will comply. The United States will also produce any evidence of bias/motive, impeachment, or criminal investigation of any of its witnesses of which it becomes aware. An inquiry pursuant to *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), will also be conducted. The United States has already provided information within its possession or control pertaining to the prior criminal history of Defendant and her statements related to the offense.

Should the United States seek to admit evidence under Federal Rule of Criminal Procedure 404(b), it will provide Defendant with reasonable notice ahead of trial.

The United States will make every effort to make timely disclosures. A set timeline may not always be feasible or reasonable under the circumstances. The United States therefore opposes any bright line cut-offs for the production of discovery and other materials and respectfully requests the Court to deny all requests for such deadlines at this time.

## III. RESPONSE TO MOTION FOR FURTHER MOTION HEARING

The United States has no objection to Defendant's request for leave to file further motions, so long as new motions are predicated on new information that is discovered.

//

## IV. CONCLUSION

For the above reasons, the United States requests the Court not enter any specific discovery order at this time to allow the parties to continue to meet and confer and resolve any outstanding discovery issues.

Dated: October 21, 2021                     Respectfully submitted,

                                                RANDY S. GROSSMAN
                                              Acting United States Attorney

                                              */s/ Jaclyn Stahl*
                                              JACLYN STAHL
                                              MEGAN ROSSI
                                              Assistant U.S. Attorneys