IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VYVIANNA M. QUINONEZ.<br><br>Defendants. | Case No. 21-cr-02816-TWR<br><br>**ORDER MOVING MOTION HEARING TO November 29, 2021 at 1:30 P.M. AND EXCLUDING TIME** |

This Court has reviewed and considered the joint motion to continue the motions hearing and exclude time. **GOOD CAUSE, THEREFORE, HAVING BEEN SHOWN**, it is hereby **ORDERED** that the Motions Hearing in this case be, and hereby is, continued to November 29, 2021, at 1:30 p.m.

**GOOD CAUSE ALSO HAVING BEEN SHOWN by the joint motion**, this Court finds that the ends of justice are served by continuing the motions hearing and that the need for the continuance outweighs the best interest of the public and the defendant in a speedy trial. For that and other reasons set forth in the joint motion, the Speedy Trial clock continues to be tolled until at least November 29, 2021.

**SO ORDERED.**

Dated:  10/22/2021

_____
HON. TODD W. ROBINSON
U.S. District Court Judge

21-cr-02816-TWR