Query    Reports    Utilities    Help    What's New    Log Out

**CLOSED**

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CRIMINAL DOCKET FOR CASE #: 2:22-mj-00026-KJN-1

### 21cr2816-TWR

| | |
|---|---|
| Case title: USA v. Quinonez | Date Filed: 02/15/2022 |
| Other court case number: 3:21-cr-02816-TWR-1 Southern District of California | Date Terminated: 02/17/2022 |

FILED
Feb 22 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ franciscoh   DEPUTY

Assigned to: Magistrate Judge Kendall J. Newman

### **Defendant (1)**

**Vyvianna M. Quinonez**            represented by   **Knut S Johnson**
*TERMINATED: 02/17/2022*                              Law Offices of Knut S Johnson
                                                      1010 Second Avenue
                                                      Suite 1850
                                                      San Diego, CA 92101
                                                      619-232-7080
                                                      Fax: 619-232-7324
                                                      Email: knut@knutjohnson.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5(c)(3) | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Alstyn Bennett , GOVT**<br>United States Attorney's Office<br>501 I Street<br>Suite 10-100<br>Sacramento, CA 95814<br>916-554-2810<br>Email: alstyn.bennett@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2022 | | RULE 5(c)(3) ARREST from Southern District of California. Case 3:21-cr-02816-TWR-1 as to Vyvianna M. Quinonez (1). (Waldrop, A) (Entered: 02/15/2022) |
| 02/15/2022 | 1 | MINUTE ORDER issued by Courtroom Deputy A. Waldrop for Magistrate Judge Kendall J. Newman on 2/15/2022 as to Vyvianna M. Quinonez: CASE UNSEALED as to Vyvianna M. Quinonez per the arrest of defendant and authorization of the Court. (Text Only Entry) (Waldrop, A) Modified on 2/15/2022 (Waldrop, A). (Entered: 02/15/2022) |
| 02/16/2022 | 2 | MINUTES (Text Only) for proceedings held via video conference (Zoom) before Magistrate Judge Kendall J. Newman: INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS as to Vyvianna M. Quinonez held on 2/16/2022. Mr. Johnson retained for defendant. Defendant advised rights and pending charges. Waived formal reading of the Southern District of CA (SDCA) Pretrial Services Violation Petition. Defendant waived identity hearing under Rule 5. The Government moved for detention on the basis of danger to the community. Defense argued for the defendant's release. After hearing arguments and for reasons stated on the record, the Court ORDERED the defendant released on a full 24 hour a day curfew and Pretrial Services supervision. Defendant to appear on 2/25/2022 at 1:00 PM in SDCA before Judge Robinson. Counsel ordered to confirm that the appearance on 2/25/2022 is by Zoom. The matter to be brought back before the Court if the appearance is in person. The Government moved for a 24 hour stay of the release order. The Court granted the stay. Notice to Defendant of Release to be signed by defendant (electronic signature acceptable) and returned to the Court if release order is in effect. Government Counsel: Alstyn Bennett present. Defense Counsel: Knut Johnson (Retained) present. Custody Status: In Custody. Court Reporter: Kacy Barajas. (Waldrop, A) (Entered: 02/16/2022) |
| 02/17/2022 | 3 | ORDER as to Vyvianna M. Quinonez signed by District Judge Todd W. Robinson on 2/17/2022 VACATING the Order setting Conditions for Release and ORDERING Defendant Quinonez to REMAIN in Custody pending sentencing in 21-cr-2816 TWR. (CC Sac Crim Agencies) (Donati, J) (Entered: 02/17/2022) |
| 02/17/2022 | 4 | TRANSCRIPT REQUEST for proceedings held on 02/16/2022 before Judge Kendall J. Newman. Court Reporter Kacy Barajas. (Bennett, Alstyn) (Entered: 02/17/2022) |
| 02/17/2022 | 5 | TRANSCRIPT of Proceedings Re: Initial Appearance as to Vyvianna M. Quinonez held on February 16, 2022, before Magistrate Judge Kendall J. Newman, filed by Court Reporter Kacy Barajas, Phone number 916-426-7640 E-mail kbarajas.csr@gmail.com. |

|            |   |   |
|------------|---|---|
|            |   | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 3/10/2022. Redacted Transcript Deadline set for 3/21/2022. Release of Transcript Restriction set for 5/19/2022. (Barajas, K) (Entered: 02/17/2022) |
| 02/17/2022 | 6 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Kendall J. Newman on 2/17/22 as to Vyvianna M. Quinonez. Defendant committed to District of Southern District of California. (Kastilahn, A) (Entered: 02/18/2022) |
| 02/18/2022 | 7 | TRANSMITTAL of DOCUMENTS re 6 Commitment to Another District on *2/17/2022* to * U.S. District Court for the Southern District of California* *333 W. Broadway, Suite 420* *San Diego, CA 92101*. ** *Electronic Documents: 1 to 6 * (Kastilahn, A) (Entered: 02/18/2022) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VYVIANNA M. QUINONEZ,<br><br>Defendant. | Case No.: 21-CR-2816-TWR<br><br>**ORDER DENYING RELEASE ON BOND PENDING SENTENCING** |

Pending before the Court is the Government's appeal of Magistrate Judge Kendall Newman's Order, dated February 16, 2022, allowing Defendant Quinonez to be released on bond pending sentencing. For the reasons set forth below, Magistrate Judge Newman's Order setting conditions of release is VACATED and it is ORDERED that Defendant Quinonez remain in custody pending sentencing in this matter.

I. CASE BACKGROUND

On September 1, 2021, the Government filed a Complaint alleging that Defendant Quinonez ("Quinonez") violated Title 18, United States Code, Section 113(a)(6) (assault resulting in serious bodily injury) and Title 49, United States Code, Section 46504 (interference with flight crew members and attendants) when she assaulted a Southwest Airlines flight attendant on May 23, 2021. Quinonez was given a notice to appear, and she was subsequently arraigned on those charges on September 17, 2021. At that same hearing,

1  Magistrate Judge Dembin set bond in the amount of $20,000, secured by the signatures of
2  two financially responsible adults – Quinonez's father and brother.  The bond paperwork
3  was executed and filed that same day.

4      On September 28, 2021, the Government filed a two-count Information, charging
5  Quinonez with the same two offenses alleged in the Complaint.  On December 22, 2021,
6  Defendant Quinonez tendered a guilty plea before Judge Dembin, admitting she had
7  interfered with a flight crew member in violation of Title 49, United States Code, Sections
8  46501 and 46504.  In her written plea agreement, Quinonez acknowledged, among other
9  things, that she "knowingly assaulted S.L. [a Southwest Airlines flight attendant] by
10 intentionally punching S.L. in the face and head with a closed fist and grabbing S.L.'s
11 hair."  Quinonez further acknowledged that, "As a result of being assaulted by Quinonez,
12 S.L. was taken to the hospital and suffered bodily injury.  S.L.'s left eye was bruised and
13 swollen; she sustained a cut under her left eye, requiring three stiches; she had a bruise in
14 the shape of fingers on her right forearm; and three of her teeth were chipped – two of her
15 teeth later had to be replaced by crowns."  That same day, Judge Dembin issued factual
16 findings and a recommendation that the Court accept Quinonez's guilty plea.

17     On January 7, 2022, the Court held a status hearing regarding the acceptance of
18 Quinonez's guilty plea.  After determining that neither party objected to Judge Dembin's
19 factual findings and recommendation, the Court accepted Quinonez's guilty plea.  The
20 Court then, as required by Title 18, United States Code, Section 3143(a), held a hearing to
21 determine whether Quinonez should be remanded into custody or remain on bond pending
22 sentencing.  Based on the proffers made by the parties and the written submissions provided
23 by Quinonez, the Court concluded that Quinonez had met her burden of proving by clear
24 and convincing evidence that she posed neither a risk of flight nor a danger to the
25 community.  As a result, Quinonez was allowed to remain on bond (pursuant to the
26 conditions originally set by Judge Dembin) pending sentencing.

27     On January 28, 2022, Pretrial Services Officer Ortiz notified the Court that Quinonez
28 had been cited by a California Highway Patrol officer for driving under the influence with

a BAC (blood alcohol content) of .08% or greater. PTS Officer characterized Defendant Quinonez's adjustment to supervision as "poor." The Court issued a no-bail bench warrant for the arrest of Defendant Quinonez.

## II.   PROCEEDINGS IN THE EASTERN DISTRICT OF CALIFORNIA

On February 15, 2022, Quinonez was arrested by authorities in the Eastern District of California. According to the docket sheet provided by the Government, Quinonez appeared (via Zoom) before Magistrate Judge Kendall Newman in the Eastern District of California on February 16, 2022. Quinonez was represented at that hearing by attorney Knut Johnson, her counsel from San Diego. According to the docket entry for that hearing, "[t]he Government moved for detention on the basis of danger to the community" and the "[d]efense argued for the defendant's release." After hearing argument from the parties and "for reasons stated on the record,"[1] Judge Newman entered an order releasing Quinonez "on a full 24 hour a day curfew and Pretrial Services supervision." Judge Newman granted the Government's request for a 24-hour stay of her release. This appeal followed.

## III.   ANALYSIS

In the hearing before Judge Newman the Government "moved for detention on the basis of danger to the community." That the Government elected to proceed in that fashion indicates that it may have asked the court to apply the wrong standard regarding the setting of release conditions for Quinonez. A Government motion for detention is properly made under Title 18, United States Code, Section 3142 with regard to a pretrial defendant, and the Government bears the burden of proving that detention is appropriate. Here, however, Quinonez stands convicted of a felony offense and the setting of release conditions is therefore governed by Title 18, United States Code, Section 3143. Under Section 3143, there is a presumption against release and the defendant bears the burden of establishing

---

[1]   The Court has not yet been provided with a transcript from the proceedings before Judge Newman.

by clear and convincing evidence that release on bond pending sentencing is appropriate. Thus, to the extend that the proceedings before Judge Newman went forward pursuant to Section 3142 as opposed to Section 3143, that was incorrect.

Applying the Section 3143 standard to the record in this case the Court concludes that Quinonez has failed to establish by clear and convincing evidence that she does not pose a danger to the community. As of the January 7, 2022, hearing, the evidence before the Court made it a close call as to whether Quinonez had met her burden under Section 3143. Ultimately, the Court resolved all evidentiary ambiguities in Quinonez's favor and determined that she had met her burden. However, the record as it existed on January 7, 2022, has now been supplemented by information that Quinonez drove her car while intoxicated. Her decision to engage in that conduct occurred less than two weeks after she was cautioned by the Court to obey all release conditions, including the condition to remain law abiding. Through her actions, Quinonez has now made the Section 3143 analysis no longer a close call.

## IV.  CONCLUSION

For the reasons stated above, Magistrate Judge Newman's Order setting conditions of release is VACATED and it is ORDERED that Defendant Quinonez remain in custody pending sentencing in this matter.

**IT IS SO ORDERED**.

Dated: 2/17/2022

The Hon. Todd W. Robinson
United States District Judge

CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| | |
|---|---|
| 1. YOUR NAME: Jaclyn Stahl | 2. EMAIL: jaclyn.stahl@usdoj.gov |
| 3. PHONE NUMBER: 619-546-8456 | 4. DATE: 2/17/2022 |
| 5. MAILING ADDRESS: 880 Front Street, Room 6293 | 6. CITY: San Diego |
| 7. STATE: CA | 8. ZIP CODE: 92101 |
| 9. CASE NUMBER: 2:22-mj-00026-KJN | 10. JUDGE: Kendall J. Newman |
| DATES OF PROCEEDINGS — 11. FROM: 2/16/2022 | 12. TO: 2/16/2022 |
| 13. CASE NAME: US v. Quinonez | LOCATION OF PROCEEDINGS |
| 14. CITY: Sacramento | 15. STATE: CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Initial Appearance | 2/16/2022 | Kacy Barajas |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES: 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| | |
|---|---|
| 19. SIGNATURE: /s/ Alstyn Bennett on Behalf of AUSA Jaclyn Stahl | PROCESSED BY |
| 20. DATE: 2/17/2022 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

O AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| | FILED |
|---|---|
| | Feb 17, 2022 |
| | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA

V.

Vyvianna M. Quinonez

**COMMITMENT TO ANOTHER DISTRICT**

Case No. 2:22-mj-00026-KJN

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | 3:21-cr-02816-TWR-1 | 2:22-mj-00026-KJN | Southern District of CA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

\_\_\_ Indictment   \_\_\_ Information   \_\_\_ Complaint   _X_ Other (Violation)

**charging a violation of**   18   **U.S.C.**   § 113(a)(6)

**DISTRICT OF OFFENSE**   District of Nebraska

**DESCRIPTION OF CHARGES:**
Assault resulting in serious bodily injury.

**CURRENT BOND STATUS:**
\_\_\_ Bail fixed at $\_\_\_\_\_ and conditions were not met
\_\_\_ Government moved for detention and defendant detained after hearing in District of Arrest
\_\_\_ Government moved for detention and defendant detained pending detention hearing in District of Offense
_X_ Other (specify) Southern District of CA Order denying release and detaining defendant.

**Representation**   _X_ Retained Own Counsel   \_\_\_ Federal Defender Organization   \_\_\_ CJA Attorney   \_\_\_ None

**Interpreter Required?**   _x_ No   \_\_\_ Yes   Language: _____

**DISTRICT OF** CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 2/17/2022 | /s/ Kendall J. Newman |
|---|---|
| Date | United States Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

**February 18, 2022**

U.S. District Court for the Southern District of California
333 W. Broadway, Suite 420
San Diego, CA 92101

| | |
|---|---|
| **RE:** | USA  vs.  VYVIANNA M. QUINONEZ |
| **USDC No.:** | 2:22–MJ–00026–KJN |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 17, 2022 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 6**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                                    Thank you,

                                  /s/  **A. Kastilahn**
                                 Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
                                   *(Print Name)*

NEW CASE NUMBER: _____