# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Vyvianna M. Quinonez (1)

**WARRANT FOR ARREST**

65489-509

Case Number: 21cr2816-TWR-1

FILED MAR 0 8 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOT FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Vyvianna M. Quinonez (1)
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense):
See Petition

In violation of Title    See Above    United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Episcopo | 2/2/2022, San Diego CA |
| Signature of Deputy | Date and Location |

Bail fixed at $    No Bail    by    The Honorable Todd W. Robinson
                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |