| | |
|---|---|
| 1 | KNUT S. JOHNSON (CSB 125725) |
| 2 | LAW OFFICE OF KNUT S. JOHNSON |
|   | 655 West Broadway, Suite 900 |
| 3 | San Diego, California 92101 |
|   | (619) 232-7080 (Phone) |
| 4 | knut@knutjohnson.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE TODD W. ROBINSON)

| | |
|---|---|
| UNITED STATES, | CASE NO. 21-cr-02816-TWR |
| Plaintiff, | ***JOINT MOTION TO CONTINUE SENTENCING HEARING*** |
| vs. | |
| VYVIANNA M. QUINONEZ, | |
| Defendant. | |

## I.

## INTRODUCTION

On December 22, 2021, Ms. Quinonez pled guilty to interference with a flight crew in violation of Title 49 U.S. Code §§ 46501 and 46504. After the plea, the U.S. Magistrate Judge set this case for a Sentencing Hearing on March 11, 2022. This Court later continued that sentencing hearing on its own motion to March 18, 2022 at 9:30 a.m.

Since that time, this Court ordered that Ms. Quinonez remain in custody. Because the U.S. Marshal has not transporter her to San Diego, defense counsel has been unable to prepare for sentencing.

Ms. Quinonez and the government, therefore, here moves this Court to continue the Sentencing Hearing to May 13, 2022, a date and time acceptable to the government and the defense.

1

- 21-cr-02816-TWR

CONCLUSION

For the foregoing reasons, Ms. Quinonez and the government ask this Court to move the Sentencing Hearing to May 13, 2022.

Dated:  March 10, 2022                    Respectfully submitted,

/s/ Knut Johnson

Knut S. Johnson
Attorney for Vyvianna Quinonez

Dated:  March 10, 2022                    Respectfully submitted,

/s/ Jaclyn Stahl

Assistant U.S. Attorney Jaclyn Stahl for the government (by consent)