# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR2816-TWR |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE SENTENCING** |
| VYVIANNA M. QUINONEZ, Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue Sentencing Hearing, scheduled for March 18, 2022 to May 27, 2022 at 9:30 a.m., is granted. It is further ordered that time is excluded under the Speedy Trial Act.

Dated: 3/10/2022

HONORABLE TODD W. ROBINSON
United States District Judge