RANDY S. GROSSMAN
United States Attorney
JACLYN STAHL
Assistant United States Attorney
California Bar No. 295467
Office of the United States Attorney
880 Front St., Room 6293
San Diego, CA 92101
Tel: (619) 546-8456
Email: Jaclyn.Stahl@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  21-CR-2816-TWR |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' SUPPLEMENTAL SENTENCING DOCUMENT – LETTERS FROM SOUTHWEST AIRLINES** |
| VYVIANNA M. QUINONEZ, | |
| Defendant. | Date:    May 27, 2022<br>Time:    9:30 am |

    The United States respectfully submits the attached letters from the Vice President of Inflight Operations at Southwest Airlines and G.M., a flight attendant who witnessed Quinonez assault S.L. A representative from Southwest will be present at the sentencing hearing and would like to exercise their right as the airline victim to give a statement or have the United States read a statement on their behalf. The flight attendant victim also intends to make a statement at the hearing.

DATED: May 20, 2022

                                                                        Respectfully submitted,

                                                                        RANDY S. GROSSMAN.
                                                                        United States Attorney

                                                                      */s/ Jaclyn Stahl*
                                                                      JACLYN STAHL
                                                                      Assistant United States Attorney

**Southwest Airlines Co.**
Sonya Lacore
Vice President Inflight Operations
2195 Research Row
Dallas, TX 75235
469-603-4561



May 18, 2022

Hon. Todd Robinson
United States Courthouse
221 West Broadway
San Diego, CA 92101

Re:   Impact to Southwest Airlines and its Flight Attendants After Assault of Crewmember on Flight 700.

To The Honorable Judge Robinson:

Thank you for the opportunity to speak on behalf of Southwest Airlines and, in particular, the 17,000 + Flight Attendants at our Company. I am the executive leader of our Inflight Department where the primary objective of our Flight Attendants is to provide a safe and hospitable experience for all of our Customers.

The primary role of a Flight Attendant is to both foster and ensure a safe environment—for everyone and at all times. Within the aircraft cabin, the Flight Attendants are responsible for a wide range of duties, which includes training for in-flight emergencies, crew communication, medical emergencies, aircraft evacuation, and security threats.  We constantly remind our Employees that Safety is our #1 priority, both for themselves and our Customers.

With that, our Flight Attendants are trained and well-equipped to manage what we consider "poor behavior" from a Passenger. I would even go a step further to say that we make it clear to our Flight Attendants that they should expect to deal with this at any given point throughout their career. While we never hope for unruly behavior to become the norm, we make it explicitly clear that our Flight Attendants will need to know how to manage through it.

We train for all sorts of challenging situations.  But what happened on Flight 700 was absolutely horrific.  In my 20+ year career at Southwest, I have never seen such an inexcusable, violent assault of a Flight Attendant by a Passenger.  Even worse, the incident was captured on video and cast across television and media channels.

The video of the assault still sickens me.

This specific Passenger created a situation onboard Flight 700 that jeopardized the entire flight, and created an unsafe environment. During a pandemic where anxiety, fear, and trepidation surrounding travel was already at an all-time high, this Passenger's actions negatively impacted our workgroup beyond description. In a world of social media and instant news, this issue was exacerbated even further—causing fear to come permanently into the workplace because of how this behavior from our Passengers was seemingly escalating, both in severity and frequency.

It deeply impacted our Employees, and our executive team heard from countless Flight Attendants that were genuinely shaken by the incident and felt "under attack."

Given the widespread news coverage of this incident, Southwest hopes that the ultimate sentence imposed in this matter will serve as a deterrent for others who may contemplate engaging in similar dangerous behavior aboard our aircraft.

The specific Flight Attendant that dealt with this incident did so with high class, poise, and professionalism—and while she never asked for recognition or accolade, I do wish to thank her publicly for that. While our Flight Attendant has recovered physically and is still doing so emotionally, I do not want to understate the impact these actions have had on our Flight Attendant workgroup as a whole, as well as our Company.

We will continue to always support our People, and I appreciate the opportunity to share the perspective of Southwest Airlines and our Inflight Department.

*Sonya Lacore*

2

Date:    May 18, 2022

To:      Honorable Judge Robinson

From:    G.M., Southwest Airlines Flight Attendant

Re:      Statement from Flight Attendant on Flight 700.

I have worked countless flights, making passengers' safety my main concern for six years. Becoming a flight attendant was a dream come true for me, and never in my career have I feared for my life or the people's lives that were in my care. This was the first time something like this has happened on a flight I have worked. We all hear the stories of incidents on flights, including the awful, historical event of 9/11. After 9/11, rules and procedures were put in place to protect us. We all practice those same procedures every day to remain safe. I fear for my health and safety now more than ever.

This incident caught me completely off guard. It was absolutely terrifying. As Flight Attendants, we are trained to help keep all passengers safe – and never would I have imagined that a passenger would physically assault a Crewmember in such a vicious way. That is completely unacceptable and, with that, I hope that a sentence in this case sends a message that this type of despicable attack against a Flight Attendant will not be tolerated.

I continue to pray for the physical and mental healing for my fellow Co-Hearts that were involved in this horrific event and pray things will get better for all airline employees.