Your Honor,

Thank you for giving me the oppurtunity to speak on my behalf to tell you how remorceful I am. This past year has been the most challenging year I've ever had. I'm currently writing this letter while in a federal detention facility & it still feels unreal that I put myself in this position by the mistakes I made which I completly blame myself & I take full responsibility of my actions. Not only was I facing federal charges, & never being in trouble with the law before, my mistakes were broadcasted nationwide news and I have been completly disapointed and ashamed of myself. I wanted to sincerely apologize to the flight attendant and for those who I impacted in a negative manner. I also wanted to apologize to the flight attendant's loved ones as well because I've seen how my mistakes had impacted my family as well. Throughout the year waiting for my sentencing day, I fought depression & humiliation. I strongly regretted how I reacted in that altercation between me and the flight attendant and was highly dissapointed I reacted with anger & wished I kept my composure. Throughout this time,

of being incoserated, I've learn alot about myself. I had alot of time to reflect about the mistakes I've done and how to become a better person. The last appearence I made at court, I remember when you made a statement, saying, "What makes me think she won't do this to another person again?" That statement made an impact on me. Because that poor choice of action I had made on that flight & how the media portrayed me is far from the person who I am today. I know God put me in this position for a reason to prove myself. Not only am I surrounded by inmates with variety of different aggressive personalities and individuals who treated me poorly, I kept my composure, didnt talk back, no write ups, had no anger towards anyone, and was even picked to be a Trustee by the officers at Sacramento county. A Trustee is picked by the officers who they trust, have well manners, work ethic, and will follow the rules. I wanted to prove to the DA, my family, you and most importantly myself that even in the most hostle enviroments, I can keep my composure and that I've changed for the better. During this period

I have become humble, more patient, appreciative and optimistic and will continue to have faith during this hard time. I would like to finish off by saying I'm an optimistic person by nature, but living this whole past year with having to be accountable by not only for with comes my speech, my actions, my demenor, and my inexperience has changed me profoudly. Your Honor, I thank you for the tough love that exposed me to challenges to change me from the inner core of my being for the better. With humility and gratitude, I humbly request for mercy and another oppurutunity to prove to everyone, including myself that I'm no longer a shadow of my past mistakes. Thank you for your time.

x Vyvianna Qvmonez
04/05/2022